UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GERRY LEE KRAMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:02CV01502 AGF |
| ) | |
| BRIDGETON POLICE DEPARTMENT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the motion of Michelle Mayer requesting that a separate cause number be assigned to her "Complaint-in-Intervention" filed on April 14, 2006. Upon review of the record,

**IT IS HEREBY ORDERED** that Michelle Mayer's motion for assignment of a separate cause number is **GRANTED** to the extent that her complaint submitted on April 14, 2006, shall be deemed filed as of that date as a new action if she pays the filing fee for filing a new civil action on or before July 14, 2006. [Doc. #127]

*[signature]*
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 7th day of July, 2006.